IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD ANTHONY ROBISNON *also known as Todd Anthony Glover*, )<br>)<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ORLANDO HARPER, )<br>)<br>Respondent. ) | Civil Action No. 20-376<br>Magistrate Judge Maureen P. Kelly |

## DEFICIENCY ORDER

The petition for writ of habeas corpus in the above-captioned matter will not be processed for failure to comply with the Federal Rules of Civil Procedure, statutory requirements and/or our Local Rules and/or practices. The petition is deficient in the following respects:

  x   Failed to complete pauper's affidavit form utilized in this Court. A blank motion to proceed in forma pauperis will be mailed to petitioner this day, March 18, 2020.  If petitioner wishes to proceed in forma pauperis, the motion must be executed and returned to:  Clerk's Office, U.S. District Court, 700 Grant Street, Suite 3110, Pittsburgh, PA 15219.

  x   Failed to include certified copy of the trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the petition.  A copy of the statement must be submitted to:  Clerk's Office, U.S. District Court, 700 Grant Street, Suite 3110, Pittsburgh, PA 15219.

  x   OTHER:  Failed to pay filing fee.  If the petitioner does not wish to proceed in forma pauperis, then in the alternative, the petitioner must pay the $5.00 filing fee and remit to:  Clerk, U.S. District Court, 700 Grant Street, Suite 3110, Pittsburgh, PA 15219.

IT IS HEREBY ORDERED that the above-captioned matter be administratively closed until such time as the Court receives **either** the motion to proceed informa pauperis and account

statement **or** the $5.00 filing fee.

So ordered this 18th day of March, 2020.

                                         BY THE COURT:

                                         /s/ Maureen P. Kelly
                                         MAUREEN P. KELLY
                                         UNITED STATES MAGISTRATE JUDGE

cc:    TODD ANTHONY ROBINSON
        53930
        Allegheny County Jail
        950 Second Avenue
        Pittsburgh, PA 15219