Anthony Robinson
Number 53930
Second Ave
[Pitts]burgh, PA 15219

CASHIER

Clerk's Office
U.S. District Court
700 Grant Street
Suite 3110
Pittsburgh, PA 15219

150  152  15219  **S1-19**

6002200410-133033174

PRSRT FIRST-CLASS MAIL
U.S. POSTAGE PAID
15219
COUNTY OF ALLEGHENY

RETURN SERVICE REQUESTED

15219