IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TODD ANTHONY ROBISNON *also known as Todd Anthony Glover*, | ) | |
| Petitioner, | ) | Civil Action No. 20-376 |
| | ) | Magistrate Judge Maureen P. Kelly |
| v. | ) | |
| ORLANDO HARPER, | ) | |
| Respondent. | ) | |

**ORDER OF COURT**

Todd Anthony Robinson ("Petitioner") had submitted for filing a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, as amended by the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). which was deficient in that it lacked the Court's completed form Motion to Proceed In Forma Pauperis, an inmate account statement, and the account authorization form. ECF No. 1. Accordingly, on March 18, 2020, the Court issued a deficiency order closing the case and providing Petitioner leave to reopen the case by curing the deficiencies or by paying the $5.00 filing fee. ECF No. 2. Petitioner has now cured the deficiencies.

AND NOW, this 20th day of April, 2020, the Petitioner having submitted a Motion to Proceed In Forma Pauperis, ECF No. 3, IT IS HEREBY ORDERED that said Motion is GRANTED. The Clerk of Court is directed to file the Petition. ECF No. 1.

**IT IS FURTHER ORDERED that Petitioner is advised that any and all communication with the Court shall be in the form of a pleading or motion that shall be filed with the Clerk of Court at the following address: United States Courthouse, 700 Grant Street, Room 3110, Pittsburgh, PA 15219. Copies of pleadings and motions shall not**

**be sent to the judge's chambers. Letters/correspondence sent to the judge's chambers will not be acknowledged or considered by the Court.**

**IT IS FURTHER ORDERED that Petitioner must keep the Court advised of his current address at all times throughout this litigation. Specifically, Petitioner is ordered to notify the Court in writing as to any and all address changes, including all temporary transfers to another jail or prison or other facility. Petitioner's failure to do so may result in dismissal of this action.**

IT IS FURTHER ORDERED that the parties are allowed fourteen (14) days from this date to appeal this order to the district judge assigned to this case pursuant to Rule 72.C.2 of the Local Rules of Court. Failure to appeal within fourteen (14) days may constitute waiver of the right to appeal.

BY THE COURT:

/s/ Maureen P. Kelly
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc: TODD ANTHONY ROBINSON
53930
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219