IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TODD ANTHONY ROBINSON *also known as Todd Anthony Glover*, | ) ) ) | Civil Action No. 20-376 District Judge Marilyn Horan/ |
| Petitioner, | ) ) | Magistrate Judge Maureen P. Kelly |
| v. | ) ) | |
| ORLANDO HARPER, | ) ) | |
| Respondent. | ) | |

Todd Anthony Robinson, also known as "Todd Glover" ("Petitioner"), has multiple convictions under both names. Petitioner has submitted for filing a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, seeking to challenge his pre-trial custody in the Allegheny County Jail where he is being held as a pre-trial detainee with respect to charges stemming from an incident arising on April 24, 2017.

The case was referred to Magistrate Judge Maureen Kelly in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D.

Magistrate Judge Kelly's Report and Recommendation, ECF No. 6, filed on April 28, 2020, recommended that the Petition be dismissed pre-service pursuant to habeas Rule 4. Petitioner was informed that he could file Objections to the Report by May 15, 2020. No Objections have been filed.

After careful review of the Report and Recommendation and the record in these proceedings, the following order is entered:

**IT IS HEREBY ORDERED** this 21st day of May 2020, after *de novo* review of the record and the Report and Recommendation, the Petition for Writ of Habeas Corpus is dismissed pre-service. And to the extent one is required, a certificate of appealability is denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

MARILYN J. HORAN
UNITED STATES DISTRICT JUDGE

cc:  The Honorable Maureen P. Kelly
     United States Magistrate Judge

     TODD ANTHONY ROBINSON
     53930
     Allegheny County Jail
     950 Second Avenue
     Pittsburgh, PA 15219