IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD ANTHONY ROBINSON *also known as Todd Anthony Glover*,<br><br>Petitioner,<br><br>v.<br><br>ORLANDO HARPER,<br><br>Respondent. | Civil Action No. 20-376<br>District Judge Marilyn Horan/<br>Magistrate Judge Maureen P. Kelly |

### JUDGMENT

AND NOW, this 8th day of June 2020, the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 is hereby DISMISSED.  Final judgment is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure in favor of the Respondents and against the Petitioner, Todd Anthony Robinson.  The Clerk is to mark the case closed.

BY THE COURT:

/s/Marilyn J. Horan
MARILYN J. HORAN
UNITED STATES DISTRICT JUDGE

cc: The Honorable Maureen P. Kelly
United States Magistrate Judge

TODD ANTHONY ROBINSON
53930
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219