# EXHIBIT

# EVIDENCE

Todd Robinson
53930     NO 55263

FORM- 125
3F

## ALLEGHENY COUNTY PRISON

950 SECOND AVENUE
PITTSBURGH, PA 15219     2 15

INMATE'S SIGNED AUTHORIZATION     Date MAY 15, 2020

I certify that I want the articles listed below turned over to:

Name Todd Anthony Robinson
DOC # 53930

1.
2.
3. Please deduct Postage
4. Clerk of Court
5. United States District Court
6. 700 Grant St. Room 3110      $5.60
7. Pgh, PA 15219
8.                              (Objections)

The above indicated transfer of such articles in my possession is requested voluntarily, of my own volition entirely and without responsibility of the Allegheny County Prison, its Warden or other personnel.

Signed, Todd Robinson

WITNESS _____    Cell No. 118 cell 3F BLK

I HEREBY ACKNOWLEDGE RECEIPT OF ALL ITEMS LISTED ABOVE:

OTHERS:   Signed, Rd & Mailed 5/26/2020
          Address legal mail

Front Gate Officer _____    Date _____