Todd Anthony Robinson
DOC Number 53920
950 Second Ave.
Pittsburgh, PA 15219

Clerk's Office
U.S. District Court
700 Grant St.
Suite 3110
Pittsburgh, PA 15219