IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD ANTHONY ROBINSON *also known as Todd Anthony Glover*, <br><br> Petitioner, <br><br> v. <br><br> ORLANDO HARPER, <br><br> Respondent. | Civil Action No. 20-376 <br> District Judge Marilyn Horan/ <br> Magistrate Judge Maureen P. Kelly |

### ORDER

AND NOW, this 16th day of June 2020, the Court has received a Motion for Reconsideration (ECF No. 12), dated June 4, 2020, from Petitioner. In said Motion, Petitioner asks the Court to reconsider this Court's previous Order, dated May 21, 2020 (ECF No. 7), adopting the Report and Recommendation and dismissing this matter pre-service, on the ground that a delay in the institutional mail system caused his objections to be sent well after the deadline. However, the Court has already reconsidered that Order, as a result of receiving Petitioner's objections and accepting his explanation that there is a delay in the institutional mail system. (See ECF No. 10).

THEREFORE, having already ruled on the issue presented by Petitioner's Motion for Reconsideration, said Motion is DENIED AS MOOT.

BY THE COURT:

/s/Marilyn J. Horan
MARILYN J. HORAN
UNITED STATES DISTRICT JUDGE

cc: The Honorable Maureen P. Kelly
United States Magistrate Judge

TODD ANTHONY ROBINSON
53930
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219