IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD ANTHONY ROBINSON *also known as Todd Anthony Glover*,<br><br>Petitioner,<br><br>v.<br><br>ORLANDO HARPER,<br><br>Respondent. | Civil Action No. 20-376<br>District Judge Marilyn Horan/<br>Magistrate Judge Maureen P. Kelly |

# ORDER

AND NOW, this 26th day of June 2020, the Court has received and reviewed Petitioner's Motion for Certificate of Appealability (ECF No. 15), dated June 14, 2020. In this Court's previous Order adopting the Report and Recommendation and dismissing this matter pre-service, the Court ordered that "to the extent one is required, a certificate of appealability is denied." (ECF Nos. 7, 10). Petitioner has appealed the dismissal of his petition to the Third Circuit Court of Appeals. (ECF No. 14).

THEREFORE, in accordance with Federal Rule of Appellate Procedure 22(b), the Court defers to the jurisdiction of the Court of Appeals, and the Motion for Certificate of Appealability before this Court is hereby DENIED.

BY THE COURT:

*/s/Marilyn J. Horan*
MARILYN J. HORAN
UNITED STATES DISTRICT JUDGE

cc:   The Honorable Maureen P. Kelly
      United States Magistrate Judge


      TODD ANTHONY ROBINSON
      53930
      Allegheny County Jail
      950 Second Avenue
      Pittsburgh, PA 15219