FILED
JUL 14 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Todd Robinson

VS.

Warden Allegheny County Jail

Civil Action No. 20-2293
20-cv-376

## MOTION AND DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Todd Robinson, am the plaintiff in the above entitled case. In support of my motion for leave to proceed in forma pauperis, I state that because of my poverty I am unable to pay the initial costs of said proceeding or to give security therefore and that I believe I am entitled to redress. In support of this motion, I declare the following responses are true.

1. If you are receiving prison wages, state the amount: N/A

2. If you received within the past twelve months any money form any source, explain, and state The amount: Gifts

3. State the amount of money you have in a checking, savings, or prison account: None

4. Identify and state the value of any real estate, stocks, bonds, notes, automobiles, or other Valuable property (excluding ordinary household furnishings and clothing) which you own: N/A

5. List the persons who are dependent upon you for support; state relationship to those persons And indicate how much you contribute toward their support: N/A

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED THIS 06 DAY OF July, 20 20.

Todd Robinson
Plaintiff's signature

## TO BE COMPLETED BY RECORDS OFFICER OF PRISON

1. The plaintiff presently has the sum of ___.41 ¢___ on account at _____
   __Allegheny County Jail__.
   (Name of prison)

   ___✓___ Attached is a copy of the plaintiff's institutional account indicating deposits and withdrawals during the preceding one year period or __7-12-17__ to __6-30-2020__
   (Indicate period covered by Account)

   _____ I cannot furnish the court with a copy of the plaintiff's institutional account indicating income and withdrawals because _____

2. The plaintiff has the following securities and other assets: (include any information you have regarding outside accounts, sources of income): __N/A__

3. Other information relevant to plaintiff's financial status or information that plaintiff's statements contained in his motion and declaration in support of motion to proceed in forma pauperis are not true: __N/A__

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Signed this __6th__ day of __July__, 20__20__.

__Shauna Evans - account clerk__
Signature and Title of Records Officer of Prison

## ORDER

Motion for leave to proceed in forma pauperis is _____.

Date: _____    _____
United States Magistrate Judge